```
          UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 08 B 03243
  GREGORY E. JURSINIC
                                                CHAPTER 13

                                                JUDGE: BRUCE W BLACK

         Debtor
  SSN XXX-XX-6856


---------------------------------------------------------------------------------
                         TRUSTEE'S FINAL REPORT AND ACCOUNT
---------------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

     1.  The case was filed on 02/13/08 .

     2.  The case was dismissed without confirmation, 06/27/2008.

     3.  The Debtor paid a total of $     700.00 .

     4.  The Trustee made disbursements to creditors as follows:

---------------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT    INTEREST        PRINCIPAL
                                                            PAID            PAID
---------------------------------------------------------------------------------
HSBC MORTGAGE SERVICES     CURRENT MORTG         .00            .00             .00
HSBC MORTGAGE SERVICES     MORTGAGE ARRE   NOT FILED            .00             .00
CAB SERVICES INC           UNSECURED       NOT FILED            .00             .00
CAB SERVICES INC           UNSECURED       NOT FILED            .00             .00
CDA PONTIAC                UNSECURED       NOT FILED            .00             .00
COMED                      UNSECURED       NOT FILED            .00             .00
COMPUTER CREDIT            UNSECURED       NOT FILED            .00             .00
GEMB                       UNSECURED       NOT FILED            .00             .00
HARRIS & HARRIS LTD        UNSECURED       NOT FILED            .00             .00
HARVARD COLLECTION SERVI   UNSECURED       NOT FILED            .00             .00
HSBC                       UNSECURED       NOT FILED            .00             .00
JJ MARSHALL                UNSECURED       NOT FILED            .00             .00
KCA FINANCIAL SERVICES     UNSECURED       NOT FILED            .00             .00
NICOR GAS                  UNSECURED       NOT FILED            .00             .00
NICOR GAS                  UNSECURED       NOT FILED            .00             .00
SBC AMERITECH              UNSECURED       NOT FILED            .00             .00
ROBERT V SCHALLER          REIMBURSEMENT      183.00            .00          183.00
         Summary of disbursements:
---------------------------------------------------------------------------------
                SECURED      PRIORITY    UNSECURED       OTHER          TOTAL
---------------------------------------------------------------------------------
TOTAL CLMS ALLOWED  .00        183.00         .00          .00         183.00
PRINCIPAL PAID      .00        183.00         .00          .00         183.00
INTEREST PAID       .00           .00         .00          .00            .00
TOTAL PAID          .00        183.00         .00          .00         183.00
The Debtor's attorney, ROBERT V SCHALLER             , was allowed $    3500.00
and was paid $     476.40 .

The Trustee received $      40.60 .

Refunds to the Debtor totaled $        .00 .
```

Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.

Dated: 09/10/08                    /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE